366 KINDERKAMACK ROAD
WESTWOOD, NEW JERSEY 07675
201.664.8855
FAX: 201.666.8589
www.denbeauxlaw.com

**DENBEAUX & DENBEAUX**
ATTORNEYS AT LAW

Marcia W. Denbeaux*
Joshua W. Denbeaux*
Adam Deutsch*
Nicholas A. Stratton*
Salvador Sanchez**
Richard Jared Stepp
Nima Ashtyani
Of Counsel
Abigail D. Kahl*
Meghan Chrisner-Keefe
Mark P. Denbeaux*
*Admitted in NJ and NY
** Admitted in NJ and CA

March 16, 2015

**Via Electronic Filing**

Clerk, United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   TamiLynn Willoughby v. Zucker, Goldberg & Ackerman, LLC, et al.
      Civil Action No.: 2:13-cv-07062 (FSH)

Dear Sir/Madam:

This firm represents the Plaintiff in the above-referenced matter.

Please let this letter serve as an adjournment of Defendants AMS Servicing, LLC, DB50 2007-1 and FRT 2011-1 Trust's Motion to Dismiss the Complaint pursuant to the dictates of Local Civil Rule 7.1(d)(5). The Motion was originally filed on February 27, 2015, and it was noticed for April 6, 2015. Pursuant to this notice, the Motion is now adjourned to April 20, 2015. The originally noticed motion day has not been previously extended or adjourned.

Thank you.

Very truly yours,

DENBEAUX & DENBEAUX

/s/ Joshua W. Denbeaux
By: Joshua W. Denbeaux, Esq.
*Attorneys for Plaintiff TamiLynn Willoughby*